| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE | CASE NUMBER |
|---|---|---|---|
| | | 8/29/2005 | 05-0179 |

**NAME OF DEFENDANT:** Michael Ramirez
**ADDRESS OF DEFENDANT:** 1128 Court St Alameda CA 94501
**TELEPHONE NUMBER:** (510) 381-0493

**NAME[s] OF SURETY[ies]:**
**ADDRESS[es] OF SURETY[ies]:**
**TELEPHONE NUMBER(s):**

**NAME OF CUSTODIAN:**
**RELATIONSHIP TO DEFENDANT:**
**ADDRESS OF CUSTODIAN:**
**TELEPHONE NUMBER:**

**AMOUNT OF BOND:** ROR
☐ UNSECURED
☐ SECURED BY $ ROR DEPOSIT RECEIVED
**OTHER SECURITY POSTED/TO BE POSTED BY:**
**TIME AND DATE OF NEXT APPEARANCE:** 9/20/05 @ 10:00am
**COURTROOM:** Yose

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each conditions checked:

- [X] Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.
- [X] Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
- [X] Defendant shall not commit any federal, state, or local crime.
- [X] Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
- [ ] Defendant shall not travel outside the Eastern District of California, that is, these counties: Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, Yuba. See map on reverse side.
- [X] Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel and the U.S. Attorney in the writing of any change in address and telephone number.
- [ ] Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency, and contact that agency by phone for further instructions of the first working day following your release from custody.
- [ ] Defendant shall surrender all passports and visas to the Court by _____ and shall not apply for any other passports.
- [ ] Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- [ ] Defendant shall remain in the custody of the custodian named above, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal. If the custodian fails to do so, he/she will be prosecuted for contempt of court.

> TO NOTIFY U.S. MARSHAL: Monday through Friday, 8:00 A.M. to 4:30 P.M. --- (559) 498-7205
> After hours, weekends and holidays --- (800) 336-0102

- [ ] Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.
- [ ] Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- [X] The following conditions also apply:

- Do not ~~operate~~ enter Yosemite National Park unless appearing for court or meeting w/ Attorney.
- Do not use/possess alcohol in Yosemite

- Rule 43 waiver entered w/ written to follow.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgement may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

**SIGNATURE OF DEFENDANT:** [signed]
**SIGNATURE(s) OF SURETY[ies]:**
**SIGNATURE OF CUSTODIAN:**

Signed before me on the date shown above. This order authorizes the Marshal to release defendant from custody.

**SIGNATURE OF MAGISTRATE:** Sandra L. Gu for William M. Wunderlich

1. CLERK OF COURT — WHITE COPY

EDCA-1